HAGENS BERMAN SOBOL SHAPIRO LLP
Elaine T. Byszewski (SBN222304)
700 South Flower Street, Suite 2940
Los Angeles, CA 90017
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
elaine@hbsslaw.com

*Attorneys for Plaintiffs*

EIMER STAHL KLEVORN & SOLBERG LLP
Nathan P. Eimer
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Phone: (312) 660-7601
Fax: (312) 692-1718
neimer@eimerstahl.com

*Attorneys for Defendant Land O' Lakes, Inc.*

BOND SCHOENECK & KING, PLLC
Edward R. Conan
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Facsimile: (315) 218-8100
econan@bsk.com

*Attorney for Defendant Dairylea Cooperative, Inc.*

WILLIAMS & CONNOLLY LLP
Steven R. Kuney
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5843
Facsimile: (202) 434-5029
skuney@wc.com

*Attorney for Defendant Dairy Farmers of America, Inc.*

[Additional Counsel listed on signature page]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY ROBB, et al.,

    Plaintiffs,

v.

NATIONAL MILK PRODUCERS FEDERATION, et al.

    Defendants.

CASE NO. 4:11-CV-4791 JCS

**STIPULATION AND [**~~PROPOSED~~**] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

    **Whereas,** on September 27, 2011, Jeffrey Robb filed his Class Action Complaint for Violations of state antitrust statutes and the common law of unjust enrichment against the National

Milk Producers Federation, aka Cooperative Working Together, the Dairy Farmers of America, Inc., Land O' Lakes, Inc., Dairylea Cooperative Inc., and Agri-Mark, Inc.;

**Whereas** Dairy Farmers of America, Inc. ("DFA") and Land O' Lakes, Inc. ("LOL") were served with the Class Action Complaint on September 27, 2011, and Dairylea Cooperative Inc. ("Dairylea") was served with the Class Action Complaint on September 27, 2011 (DFA, LOL, and Dairylea collectively "Defendants" for purposes of this stipulation);

**Whereas** the parties have conferred and jointly move the Court for an extension of Defendants' time to answer or otherwise respond to Plaintiffs' complaints in the following related actions: *Edwards, et al. v. National Federation of Milk Producers, et al.*, Case No 4:10-cv-4766 (DMR) and *Robb, et al v. National Milk Producers Federation*, et al., Case No 3:11-cv-4791(JCS).

**Whereas** Counsel for plaintiffs have advised counsel for Defendants that another related action will be filed with this Court **by October 28, 2011**, to add named plaintiffs from indirect states already listed in the above-referenced complaints; and the parties accordingly believe that the interests of judicial economy and efficiency will be served if each Defendant is permitted to answer or otherwise respond collectively to all of the related complaints filed in this Court.

**Whereas** the parties believe that meeting and conferring regarding a discovery plan and other case management issues would be more productive after Defendants have responded to the Complaint and/or after any motion practice has been resolved; and the parties accordingly believe the case management conference should be continued to a date on or after March 30, 2012, with the deadline to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) (and ADR process selection) set for 21 days prior to the case management conference, and with the deadline for the parties' Rule 26(f) report, initial disclosures, and joint case management statement set for 10 days prior to the conference.

Defendants and Plaintiffs, through their respective Counsel, **HEREBY STIPULATE AND AGREE AS FOLLOWS**:

1. Defendants deadline to respond to Plaintiffs' complaints in the *Edwards, et al. v. National Federation of Milk Producers, et al.*, Case No 4:10-cv-4766 (DMR) and *Robb, et al v. National Milk Producers Federation*, et al., Case No 3:11-cv-4791(JCS) and forthcoming related action: 21 days following service of last filed complaint on October 28, 2011, plus an additional 30 days, or **by December 19, 2011**.

2. Plaintiffs' opposition or response to Defendants' filing: 60 days after Defendants' filing, or **by February 17, 2012**.

3. Defendants' reply to any opposition or response of Plaintiffs: 30 days after Plaintiffs' filing, or **by March 19, 2012**.

4. The initial case management conference: **on or after March 30, 2012**, with the deadline to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) (and ADR process selection) set for 21 days prior to the case management conference, and that deadline for the parties' Rule 26(f) report, initial disclosures, and joint case management statement set for 10 days prior to the conference.

DATED: October 18, 2011            Respectfully submitted,

                                   HAGENS BERMAN SOBOL SHAPIRO LLP

                                   By: /s/ Elaine T. Byszewski
                                   Elaine T. Byszewski
                                   HAGENS BERMAN SOBOL SHAPIRO LLP
                                   700 South Flower Street, Suite 2940
                                   Los Angeles, CA 90017
                                   Telephone (213) 330-7150
                                   Facsimile (213) 330-7152
                                   elaine@hbsslaw.com

                                   Steve W. Berman (*pro hac vice*)
                                   George W. Sampson (*pro hac vice*)
                                   HAGENS BERMAN SOBOL SHAPIRO LLP
                                   1918 8TH Avenue, Suite 3300
                                   Seattle, WA 98101

| | |
|---|---|
| 1 | Telephone (206) 623-7292 |
| | Facsimile (206) 623-0594 |
| 2 | steve@hbsslaw.com |
| | george@hbsslaw.com |
| 3 | |
| | *Attorneys for the Plaintiffs* |
| 4 | |
| | WILLIAMS & CONNOLLY LLP |
| 5 | |
| | By:/s/ Steven R. Kuney |
| 6 | Steven R. Kuney |
| | WILLIAMS & CONNOLLY LLP |
| 7 | 725 Twelfth Street, N.W. |
| | Washington, D.C. 20005 |
| 8 | Telephone: (202) 434-5843 |
| | Facsimile: (202) 434-5029 |
| 9 | skuney@wc.com |
| 10 | BAKER & MILLER PLLC |
| 11 | By:/s/ W. Todd Miller |
| | 2401 Pennsylvania Avenue, N.W., Ste 300 |
| 12 | Washington, D.C. 20037 |
| 13 | *Attorneys for Defendant Dairy Farmers of America, Inc.* |
| 14 | |
| | EIMER STAHL KLEVORN & SOLBERG LLP |
| 15 | |
| | By:/s/ Nathan P. Eimer |
| 16 | Nathan P. Eimer |
| | EIMER STAHL KLEVORN & SOLBERG LLP |
| 17 | 224 South Michigan Avenue, Suite 1100 |
| | Chicago, Illinois 60604 |
| 18 | Phone: (312) 660-7601 |
| | Fax: (312) 692-1718 |
| 19 | neimer@eimerstahl.com |
| 20 | *Attorneys for Defendant Land O' Lakes, Inc.* |
| 21 | BOND SCHOENECK & KING, PLLC |
| 22 | By:   /s/ Edward R. Conan |
| | Edward R. Conan |
| 23 | BOND SCHOENECK & KING, PLLC |
| | One Lincoln Center |
| 24 | Syracuse, NY 13202-1355 |
| | Telephone (315) 218-8000 |
| 25 | Facsimile (315) 218-8100 |
| | econan@bsk.com |
| 26 | |
| | *Attorney for Defendant Dairylea Cooperative, Inc.* |
| 27 | |
| 28 | I, Elaine T. Byszewski, attest that concurrence in the filing of this document has been obtained from each of the other signatories. |

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 3:11-cv-4791 JCS

1  PURSUANT TO STIPULATION, IT IS SO ORDERED: The Court FURTHER ORDERS that the case
2  management conference is CONTINUED to April 6, 2012 at 1:30 p.m.

3  Dated the  24   day of  October  , 2011

  _____
  Magistrate Judge Joseph C. Spero

---

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 3:11-cv-4791 JCS