1  STEPTOE & JOHNSON LLP
   CHONG S. PARK, (SBN 163451, DC Bar No. 463050)
2  1330 Connecticut Avenue, N.W.
   Washington, D.C. 20036
3  Telephone: 202.429.3000
   Facsimile: 202.429.3902
4  cpark@steptoe.com

5  Attorney for Defendant National Milk Producers Federation

6  HAGENS BERMAN SOBOL SHAPIRO LLP
   Elaine T. Byszewski (SBN222304)
7  700 South Flower Street, Suite 2940
   Los Angeles, CA 90017
8  Telephone 213.330.7150
   Facsimile 213.330.7152
9  elaine@hbsslaw.com

10 Attorneys for Plaintiffs

11 [Additional Counsel listed on signature page]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY ROBB, et al.,

        Plaintiffs,

  v.

NATIONAL MILK PRODUCERS FEDERATION, et al.

        Defendants.

CASE NO. 3:11-CV-4791 JCS

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

**Whereas,** on September 26, 2011, Jeffrey Robb filed his Class Action Complaint for Violations of state antitrust statutes and the common law of unjust enrichment against the National Milk Producers Federation, aka Cooperative Working Together, the Dairy Farmers of America, Inc., Land O' Lakes, Inc., Dairylea Cooperative Inc., and Agri-Mark, Inc.;

**Whereas** the National Milk Producers Federation was served with the Class Action Complaint on September 29, 2011;

**Whereas** the parties have conferred and jointly move the Court for an extension of Defendant National Milk Producers Federation's ("NMPF") time to answer or otherwise respond to Plaintiffs' complaints in the following related actions: *Edwards, et al. v. National Federation of Milk Producers, et al.*, Case No 4:10-cv-4766 (DMR) and *Robb, et al v. National Milk Producers Federation*, et al., Case No 3:11-cv-4791(JCS).

**Whereas** Counsel for plaintiffs have advised Counsel for Defendant NMPF that another related action will be filed with this Court within the next two weeks; and the parties accordingly believe that the interests of judicial economy and efficiency will be served if Defendant is permitted to answer or otherwise respond collectively to all of the related complaints filed in this Court.

**Whereas** the parties believe that meeting and conferring regarding a discovery plan and other case management issues would be more productive after Defendant has responded to the Complaint and/or after any motion practice has been resolved; and the parties accordingly believe the case management conference should be continued to a date on or after March 30, 2012, with the deadline to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) (and ADR process selection) set for 21 days prior to the case management conference, and with the deadline for the parties' Rule 26(f) report, initial disclosures, and joint case management statement set for 10 days prior to the conference.

Defendant and Plaintiffs, through their respective counsel, **HEREBY STIPULATE AND AGREE AS FOLLOWS**:

1. Defendant NMPF's deadline to respond to Plaintiffs' complaints in the *Edwards, et al. v. National Federation of Milk Producers, et al.*, Case No 4:10-cv-4766 (DMR) and *Robb, et al v. National Milk Producers Federation*, et al., Case No 3:11-cv-4791(JCS) and forthcoming related action: 21 days following service of last filed complaint, plus an additional 30 days.

2. Plaintiffs' opposition or response to Defendant NMPF's filing: 60 days after Defendants' filing.

3. Defendant NMPF's reply to any opposition or response of Plaintiffs: 30 days after Plaintiffs' filing.

4. The initial case management conference: on or after March 30, 2012, with the deadline to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) (and ADR process selection) set for 21 days prior to the case management conference, and that deadline for the parties' Rule 26(f) report, initial disclosures, and joint case management statement set for 10 days prior to the conference.

DATED: October 14, 2011    Respectfully submitted,

STEPTOE & JOHNSON LLP

By:/s/   Chong S. Park
Chong S. Park
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, DC  20036
Telephone 202.429.3000
Facsimile 202.429.3902
CPark@steptoe.com

Attorney for Defendant
National Milk Producers Federation

HAGENS BERMAN SOBOL SHAPIRO LLP

By:/s/ Elaine T. Byszewski
Elaine T. Byszewski
HAGENS BERMAN SOBOL SHAPIRO LLP
700 South Flower Street, Suite 2940
Los Angeles, CA  90017
Telephone 213.330.7150
Facsimile 213.330.7152
elaine@hbsslaw.com

1         Steve W. Berman (*pro hac vice*)
         George W. Sampson (*pro hac vice*)
2         HAGENS BERMAN SOBOL SHAPIRO LLP
         1918 8TH Avenue, Suite 3300
3         Seattle, WA 98101
         Telephone 206.623.7292
4         Facsimile 206.623.0594
         steve@hbsslaw.com
5         george@hbsslaw.com

6         Attorneys for the Plaintiffs

7 I, Chong S. Park, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

9 PURSUANT TO STIPULATION, IT IS SO ORDERED:

10 Dated the __28__ day of __November__, 2011

_____
Magistrate Judge Joseph C. Spero
(signed: Jeffrey S. White)

---

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 3:11-cv-4791 JCS

Steptoe & Johnson LLP