1  KEKER & VAN NEST LLP
   Jan N. Little (SBN100029)
2  Paula L. Blizzard (SBN207920)
   633 Battery Street
3  San Francisco, CA 94111
   Telephone: (415) 391-5400
4  jlittle@kvn.com
   pblizzard@kvn.com
5
   SHIPMAN & GOODWIN, LLP
6  Ross H. Garber (*Pro Hac Vice pending*)
   One Constitution Plaza
7  Hartford, CT 06103
   Telephone (860) 251-5901
8  RGarber@goodwin.com

9  Attorneys for Defendant Agri-Mark, Inc.

10
   HAGENS BERMAN SOBOL SHAPIRO LLP
11 Elaine T. Byszewski (SBN222304)
   700 South Flower Street, Suite 2940
12 Los Angeles, CA 90017
   Telephone (213) 330-7150
13 Facsimile (213) 330-7152
   elaine@hbsslaw.com
14
   Attorneys for Plaintiffs
15
   [Additional Counsel listed on signature page]
16

17              UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
18

19 | JEFFREY ROBB, et al.,            | CASE NO. 4:11-CV-4791 JCS
20 |            Plaintiffs,            | **STIPULATION AND [PROPOSED]**
21 |    v.                             | **ORDER EXTENDING TIME TO**
   | NATIONAL MILK PRODUCERS           | **RESPOND TO COMPLAINT**
22 | FEDERATION, et al.                |
23 |            Defendants.            |

24

25

26     **Whereas,** on September 27, 2011, Jeffrey Robb filed his Class Action Complaint for

27 Violations of state antitrust statutes and the common law of unjust enrichment against the National

28

---

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 4:11-cv-4791 JCS
585057.01

Milk Producers Federation, aka Cooperative Working Together, the Dairy Farmers of America, Inc., Land O' Lakes, Inc., Dairylea Cooperative Inc., and Agri-Mark, Inc.;

**Whereas** Agri-Mark, Inc. was served with the Class Action Complaint on September 29, 2011;

**Whereas** the parties have conferred and jointly move the Court for an extension of Defendant Agri-Mark, Inc.'s ("AMI") time to answer or otherwise respond to Plaintiffs' complaints in the following related actions: *Edwards, et al. v. National Federation of Milk Producers, et al*., Case No 4:10-cv-4766 (DMR) and *Robb, et al v. National Milk Producers Federation*, et al., Case No 3:11-cv-4791(JCS).

**Whereas** Counsel for plaintiffs have advised counsel for Defendant AMI that another related action will be filed with this Court within the next two weeks; and the parties accordingly believe that the interests of judicial economy and efficiency will be served if Defendant is permitted to answer or otherwise respond collectively to all of the related complaints filed in this Court.

**Whereas** the parties believe that meeting and conferring regarding a discovery plan and other case management issues would be more productive after Defendant has responded to the Complaint and/or after any motion practice has been resolved; and the parties accordingly believe the case management conference should be continued to a date on or after March 30, 2012, with the deadline to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) (and ADR process selection) set for 21 days prior to the case management conference, and with the deadline for the parties' Rule 26(f) report, initial disclosures, and joint case management statement set for 10 days prior to the conference.

Defendant and Plaintiffs, through their respective counsel, **HEREBY STIPULATE AND AGREE AS FOLLOWS**:

1. Defendant AMI's deadline to respond to Plaintiffs' complaints in the *Edwards, et al. v. National Federation of Milk Producers, et al.*, Case No 4:10-cv-4766 (DMR) and *Robb, et al v. National Milk Producers Federation*, et al., Case No 3:11-cv-4791(JCS) and forthcoming related action: 21 days following service of last filed complaint, plus an additional 30 days.

2. Plaintiffs' opposition or response to Defendant AMI's filing: 60 days after Defendants' filing.

3. Defendant AMI's reply to any opposition or response of Plaintiffs: 30 days after Plaintiffs' filing.

4. The initial case management conference: on or after March 30, 2012, with the deadline to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) (and ADR process selection) set for 21 days prior to the case management conference, and that deadline for the parties' Rule 26(f) report, initial disclosures, and joint case management statement set for 10 days prior to the conference.

DATED: October 17, 2011        Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By:/s/ Elaine T. Byszewski
Elaine T. Byszewski
HAGENS BERMAN SOBOL SHAPIRO LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017
Telephone (213) 330-7150
Facsimile (213) 330-7152
elaine@hbsslaw.com

Steve W. Berman (*pro hac vice*)
George W. Sampson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8TH Avenue, Suite 3300
Seattle, WA 98101
Telephone (206) 623-7292
Facsimile(206) 623-0594
steve@hbsslaw.com
george@hbsslaw.com

Attorneys for the Plaintiffs

```
                                KEKER & VAN NEST, LLP

                                By:  /s/ Paula L. Blizzard
                                Paula L. Blizzard
                                Jan N. Little
                                KEKER & VAN NEST, LLP
                                633 Battery Street
                                San Francisco, CA 94111
                                Telephone: (415) 391-5400
                                jlittle@kvn.com
                                pblizzard@kvn.com

                                Ross H. Garber (Pro Hac Vice pending)
                                SHIPMAN & GOODWIN, LLP
                                One Constitution Plaza
                                Hartford, CT 06103
                                Telephone (860) 251-5901
                                RGarber@goodwin.com

                                Attorney for Defendant Agri-Mark, Inc.
```

I, Paula L. Blizzard, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated the ___28___ day of __November__, 2011

_____
~~Magistrate Judge Joseph C. Spero~~
*Jeffrey S. White*

---

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 4:11-cv-4791 JCS

585057.01