KEKER & VAN NEST LLP
Jan N. Little (SBN100029)
Paula L. Blizzard (SBN207920)
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 391-5400
jlittle@kvn.com
pblizzard@kvn.com

SHIPMAN & GOODWIN, LLP
Ross H. Garber (*Pro Hac Vice pending*)
One Constitution Plaza
Hartford, CT 06103
Telephone (860) 251-5901
RGarber@goodwin.com

Attorneys for Defendant Agri-Mark, Inc.

HAGENS BERMAN SOBOL SHAPIRO LLP
Elaine T. Byszewski (SBN222304)
700 South Flower Street, Suite 2940
Los Angeles, CA 90017
Telephone (213) 330-7150
Facsimile (213) 330-7152
elaine@hbsslaw.com

Attorneys for Plaintiffs

[Additional Counsel listed on signature page]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ROBB, et al., | CASE NO. 4:11-CV-4791 JCS |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| v. | |
| NATIONAL MILK PRODUCERS FEDERATION, et al. | |
| Defendants. | |

**Whereas,** on September 27, 2011, Jeffrey Robb filed his Class Action Complaint for

Violations of state antitrust statutes and the common law of unjust enrichment against the National

Milk Producers Federation, aka Cooperative Working Together, the Dairy Farmers of America, Inc., Land O' Lakes, Inc., Dairylea Cooperative Inc., and Agri-Mark, Inc.;

**Whereas** Agri-Mark, Inc. was served with the Class Action Complaint on September 29, 2011;

**Whereas** the parties have conferred and jointly move the Court for an extension of Defendant Agri-Mark, Inc.'s ("AMI") time to answer or otherwise respond to Plaintiffs' complaints in the following related actions: *Edwards, et al. v. National Federation of Milk Producers, et al.*, Case No 4:10-cv-4766 (DMR) and *Robb, et al v. National Milk Producers Federation*, et al., Case No 3:11-cv-4791(JCS).

**Whereas** Counsel for plaintiffs have advised counsel for Defendant AMI that another related action will be filed with this Court within the next two weeks; and the parties accordingly believe that the interests of judicial economy and efficiency will be served if Defendant is permitted to answer or otherwise respond collectively to all of the related complaints filed in this Court.

**Whereas** the parties believe that meeting and conferring regarding a discovery plan and other case management issues would be more productive after Defendant has responded to the Complaint and/or after any motion practice has been resolved; and the parties accordingly believe the case management conference should be continued to a date on or after March 30, 2012, with the deadline to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) (and ADR process selection) set for 21 days prior to the case management conference, and with the deadline for the parties' Rule 26(f) report, initial disclosures, and joint case management statement set for 10 days prior to the conference.

Defendant and Plaintiffs, through their respective counsel, **HEREBY STIPULATE AND AGREE AS FOLLOWS**:

---

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 4:11-cv-4791 JCS

585057.01

1. Defendant AMI's deadline to respond to Plaintiffs' complaints in the *Edwards, et al. v. National Federation of Milk Producers, et al.*, Case No 4:10-cv-4766 (DMR) and *Robb, et al v. National Milk Producers Federation*, et al., Case No 3:11-cv-4791(JCS) and forthcoming related action: 21 days following service of last filed complaint, plus an additional 30 days.

2. Plaintiffs' opposition or response to Defendant AMI's filing: 60 days after Defendants' filing.

3. Defendant AMI's reply to any opposition or response of Plaintiffs: 30 days after Plaintiffs' filing.

4. The initial case management conference: on or after March 30, 2012, with the deadline to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) (and ADR process selection) set for 21 days prior to the case management conference, and that deadline for the parties' Rule 26(f) report, initial disclosures, and joint case management statement set for 10 days prior to the conference.

DATED: October 17, 2011          Respectfully submitted,

                                 HAGENS BERMAN SOBOL SHAPIRO LLP

                                 By:/s/ Elaine T. Byszewski
                                 Elaine T. Byszewski
                                 HAGENS BERMAN SOBOL SHAPIRO LLP
                                 700 South Flower Street, Suite 2940
                                 Los Angeles, CA 90017
                                 Telephone (213) 330-7150
                                 Facsimile (213) 330-7152
                                 elaine@hbsslaw.com

                                 Steve W. Berman (*pro hac vice*)
                                 George W. Sampson (*pro hac vice*)
                                 HAGENS BERMAN SOBOL SHAPIRO LLP
                                 1918 8TH Avenue, Suite 3300
                                 Seattle, WA 98101
                                 Telephone (206) 623-7292
                                 Facsimile(206) 623-0594
                                 steve@hbsslaw.com
                                 george@hbsslaw.com

                                 Attorneys for the Plaintiffs

---

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 4:11-cv-4791 JCS

585057.01

|   |   |
|---|---|
| | KEKER & VAN NEST, LLP |
| | By: __/s/ Paula L. Blizzard_____ |
| | Paula L. Blizzard |
| | Jan N. Little |
| | KEKER & VAN NEST, LLP |
| | 633 Battery Street |
| | San Francisco, CA 94111 |
| | Telephone: (415) 391-5400 |
| | jlittle@kvn.com |
| | pblizzard@kvn.com |
| | |
| | Ross H. Garber *(Pro Hac Vice pending)* |
| | SHIPMAN & GOODWIN, LLP |
| | One Constitution Plaza |
| | Hartford, CT 06103 |
| | Telephone (860) 251-5901 |
| | RGarber@goodwin.com |
| | |
| | Attorney for Defendant Agri-Mark, Inc. |

I, Paula L. Blizzard, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated the ____28____ day of ___November_____, 2011

_____/s/ Jeffrey S. White_____
~~Magistrate~~ Judge ~~Joseph C. Spero~~

---

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 4:11-cv-4791 JCS

585057.01